IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS ABEYTA,

       Plaintiff,

v.                                                CV 13-767 MCA/WPL

ERIKA GALLEGOS d/b/a
PEREZ AND ASSOCIATES,

       Defendant.

**ORDER DENYING MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF**

       Charles N. Lakins, counsel for Plaintiff, has filed a Motion to Substitute Counsel for Plaintiff. (AR 25.) The motion is DENIED for failure to comply with the requirements of D.N.M.LR-Civ. 83.8 for a withdrawal of appearance. First, the motion does not indicate whether it is unopposed or contested. D.N.M.LR-Civ. 83.8(a), (b). If the motion is unopposed, it must indicate consent of the client. D.N.M.LR-Civ. 83.8(a). If the motion is contested, Lakins must file and serve the motion to withdraw on all parties, including his client. D.N.M.LR-Civ. 83.8(b).

       Further, Lakins has failed to properly submit a proposed order to the Court in accordance with D.N.M.LR-Civ. 7.2. If the motion is unopposed, Lakins must submit a proposed order in Microsoft Word format to wplproposedtext@nmcourt.fed.us. The proposed order must include electronic signatures from an attorney for each party.

       IT IS SO ORDERED.

                                                                                          _____
                                                                                         William P. Lynch
                                                                                         United States Magistrate Judge